# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DHI MORTGAGE COMPANY, LTD., A TEXAS LIMITED PARTNERSHIP, Appellant, vs. STEVEN M. BETSINGER, Respondent. | No. 69785 |

**FILED**

MAR 1 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on February 18, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

cc: Hon. Kathleen E. Delaney, District Judge
McDonald Carano Wilson LLP/Reno
McDonald Carano Wilson LLP/Las Vegas
Feldman Graf
Eighth District Court Clerk

---

[1]In light of this disposition, respondent's motion to dismiss appeal filed on February 26, 2016, is denied as moot.

16-08574